■ In the Matter of the Claim of SADIE DRUCKERMAN, Appellant, against N. Y. JOURNAL AMERICAN et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ NAT A. FINK et al., Appellants, v. DONALD SMITH et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ FIRST NATIONAL BANK OF MARATHON, Respondent, v. INDUSTRIAL WOOD PRODUCTS CORPORATION et al., Appellants, et al., Defendants. LYLE F. SMITH, Defendant and Third-Party Plaintiff, v. ROSS A. PRINGLE, Third-Party Defendant.— Motion to dismiss appeal granted, by default, without costs. Present — Foster. P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of EDWARD FOLLETT, Appellant, against BETHLEHEM STEEL COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ ANNETTE C. FRANKLIN, as Administratrix of the Estate of EUGENE J. FRANKLIN, Deceased, Respondent, v. VILLAGE OF WURTSBORO et al., Appellants.—Motion to dismiss appeal granted, by default, without costs. Present— Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of RICHARD HAYDEN, Appellant, against NEW YORK STATE INSTITUTION FOR MALE DEFECTIVE DELINQUENTS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of JOHANNA KRUMINS, Appellant, against BRISTOL MANAGEMENT CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of JAMES LAMBERT, Appellant, against CEDAR GROVE CEMETERY ASSOCIATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Application of HARRY LEDERMAN et al.— Motion to dismiss appeal granted, by default, without costs. Present—Foster, P.J., Bergan, Coon, Halpern and Gibson, JJ.

■ ALBERTA E. LEE, Respondent, v. FRANK W. BERRISH et al., Appellants. FRANK W. BERRISH et al., Appellants, v. ROBERT E. LEE, Defendant. ANNA LIBERMAN et al., Respondents, v. FRANK W. BERRISH et al., Appellants, et al., Defendant. FRANK W. BERRISH et al., Appellants, v. ROBERT E. LEE, Defendant. — Motion to dismiss appeal granted, by default, without costs. Present — Foster. P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of MICHAEL J. LISANTI, Appellant, against LONG ISLAND RAIL ROAD COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Gibson, JJ.

■ In the Matter of the Claim of WILLIAM LISS, Appellant, against CANADIAN FUR CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Coon Halpern and Gibson, JJ.

■ In the Matter of the Claim of WALTER MEYRING, Appellant, against DENNIS J. QUINN, Doing Business as HOLLISWOOD LIQUOR STORE, et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss